**UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**HOWARD B POWERS,**<br><br>　　　　　　　　**Defendant.** | **Case No.  CR09-5336**<br><br>**INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PROBATION OFFICE** |

　　**THIS MATTER** comes on for hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

　　**The plaintiff appears through Special/Assistant US Attorney, MAJOR KURZ:**

　　**The defendant appears personally and represented by counsel, JEROME KUH:**

　　**The U.S. Probation Office has filed a petition alleging violations of the terms and conditions of supervision; the defendant has been advised of the allegation(s) and maximum potential sanction if substantiated; and the court finding probable cause with regard to the alleged violation(s);**

　　**The matter is scheduled for hearing  before the Honorable KAREN L. STROMBOM:**

　　　　　　**Date: OCTOBER 3, 2012**

　　　　　　**Time: 3:00 P.M.**

**(  ) Defendant is released pending the above scheduled hearing.**

**( X )  Defendant is ordered detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.**

　　**The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office.  This Order is entered without prejudice to review.**

　　　　　　　　　　　　　　　　　**September 26, 2012.**

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER
Page - 1